Same case below, 598 F.3d 222.

**No. 09-11139. Clarence Noble Jackson, Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6656.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 55.

**No. 09-11140. Mark Alan Lane, Petitioner v. Federal Bureau of Prisons, et al.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6722.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-11141. Ronald T. Masko, Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6772.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 362 Fed. Appx. 373.

**No. 09-11142. Paul Kelly, Petitioner v. United States.**

562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6693.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 352 Fed. Appx. 111.

**No. 09-11144. Earl D. Burgess, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 863, 131 S. Ct. 147, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6717.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 467.

**No. 09-11145. Ralph Howard Blakely, Petitioner v. Herb Snively, et al.**

562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6621,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 637.

**No. 09-11146. Jesus Alvarez-Ramos, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6701.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 835.

**No. 09-11147. Luis Almonte-Palmers, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6653.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.